UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                Case Number 09-20403-BC
                                                       Honorable Thomas L. Ludington

v.

D-4 MICHAEL CHARLES TRAYLOR, JR.,

        Defendant.
        _____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY AS TO COUNT FIVE OF THE SECOND SUPERSEDING INDICTMENT, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

A plea hearing was conducted on June 29, 2010, by United States Magistrate Judge Charles E. Binder pursuant to the defendant's consent. Judge Binder issued his report on June 30, 2010, recommending that this Court accept the defendant's plea of guilty as to count five of the second superseding indictment. As of today's date, no party has filed any objections to Judge Binder's report and recommendation. The election to not file objections to the report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the report and recommendation [Dkt. # 81] is **ADOPTED**.

It is further **ORDERED** that the defendant's plea of guilty as to count five of the second superseding indictment is **ACCEPTED**, and the Rule 11 Plea Agreement [Dkt. # 80] is taken **UNDER ADVISEMENT**.

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

Dated: July 27, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 27, 2010.

    s/Tracy A. Jacobs
    TRACY A. JACOBS